IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW WASHINGTON,

        Plaintiff,                  Civ. S-05-881 DFL GGH

    v.

TASER INTERNATIONAL, INC.,

                                         NON-RELATED CASE ORDER
        Defendant.
_____/

LORI BAUER,                            Civ. S-06-549 MCE DAD

        Plaintiff,

    v.

CITY OF VALLEJO, et al.

        Defendants.
_____/

    On June 6, 2006, Lori Bauer filed a Notice of Related Cases concerning the above captioned cases. See Local Rule 83-123 (E.D. Cal. 2005). The court finds that these cases should not be related or reassigned. This order is issued for informational

1  purposes only, and shall have no effect on the status of the
2  cases.
3      IT IS SO ORDERED.
4
   DATED: 6/12/2006
5
6
7  _____
8  DAVID F. LEVI
   United States District Judge