UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WASHINGTON, JR., A MINOR, INDIVIDUALLY IN HIS PERSONAL CAPACITY AND AS SUCCESSOR IN INTEREST OF DECEDENT ANDREW WASHINGTON, SR., BY AND THROUGH HIS GUARDIAN AD LITEM, ALEJANDRA RAYA,<br><br>          Plaintiff,<br><br>vs.<br><br>TASER INTERNATIONAL, INC., CITY OF VALLEJO; CITY OF VALLEJO POLICE OFFICER JEREMIE PATZER, sued in his individual capacity; CITY OF VALLEJO POLICE LIEUTENANT TOM LIDDICOET, sued in his individual capacity; CITY OF VALLEJO POLICE CAPTAIN DAVID JACKSON, sued in his individual capacity; CITY OF VALLEJO POLICE CHIEF ROBERT NICHELINI, sued in his individual capacity; and DOES 1 through 100, et al.,<br><br>          Defendants. | Case No. 05-CV-00881 JAM DAD<br><br>ORDER OF DISMISSAL |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties appearing in this action have signed a stipulation of dismissal (Dkt. No. 82);

---

*Andrew Washington, Jr., et al. v. TASER International, Inc., et al.;* Case No. 05-CV-00881 JAM DAD
[PROPOSED] ORDER OF DISMISSAL

1  Accordingly, the Court hereby DISMISSES this entire action with prejudice as to
2  defendant TASER International, Inc. only.
3  IT IS SO ORDERED.
4  Dated: March 20, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

.

---

*Andrew Washington, Jr., et al. v. TASER International, Inc., et al.;* Case No. 05-CV-00881 JAM DAD
[PROPOSED] ORDER OF DISMISSAL

2