UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WASHINGTON, JR., A MINOR, INDIVIDUALLY IN HIS PERSONAL CAPACITY AND AS SUCCESSOR IN INTEREST OF DECEDENT ANDREW WASHINGTON, SR., BY AND THROUGH HIS GUARDIAN AD LITEM, ALEJANDRA RAYA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TASER INTERNATIONAL, INC.; et al.,<br><br>　　　　　Defendants. | Case No. 2:05-CV-00881 JAM-DAD<br><br>**RELATED CASE ORDER** |
| LORI BAUER, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDREW WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, A MUNICIPAL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:06-CV-00549 MCE-DAD |

In light of the Stipulation to Dismiss With Prejudice the Entire Action As to Defendant Taser International, Inc. (Case No. 2:05-CV-00881, Doc. # 86), examination of the above-entitled

1

1 | actions reveals that these actions are related within the meaning
2 | of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of
3 | the matters to the same judge and magistrate judge is likely to
4 | affect a substantial savings of judicial effort and is also likely
5 | to be convenient for the parties.
6 |     The parties should be aware that relating the cases under
7 | Local Rule 123 merely has the result that these actions are
8 | assigned to the same judge and magistrate judge; no consolidation
9 | of the actions is effected.  Under the regular practice of this
10 | court, related cases are generally assigned to the judge and
11 | magistrate judge to whom the first filed action was assigned.
12 |     IT IS THEREFORE ORDERED that the action denominated 2:06-CV-
13 | 00549 MCE-DAD be reassigned to Judge John A. Mendez and Magistrate
14 | Judge Dale A. Drozd for all further proceedings, and any dates
15 | currently set in this reassigned case only are hereby VACATED.
16 | Henceforth, the caption on documents filed in the reassigned cases
17 | shall be shown as 2:06-CV-00549-JAM-DAD. Defendants' request that
18 | the Court sua sponte consolidate these actions (Doc. # 81) is
19 | DENIED, but the parties may stipulate to consolidation.
20 |     IT IS FURTHER ORDERED that the Clerk of the Court make
21 | appropriate adjustment in the assignment of civil cases to
22 | compensate for this reassignment.
23 |     IT IS SO ORDERED.
24 | Dated:   March 21, 2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge