UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WASHINGTON, JR., A MINOR, INDIVIDUALLY IN HIS PERSONAL CAPACITY AND AS SUCCESSOR IN INTEREST OF DECEDENT ANDREW WASHINGTON, SR., BY AND THROUGH HIS GUARDIAN AD LITEM, ALEJANDRA RAYA,<br><br>  Plaintiffs,<br><br>  v.<br><br>TASER INTERNATIONAL, INC.; et al.,<br><br>  Defendants. | Case No. 2:05-CV-00881 JAM-DAD<br><br>**RELATED CASE ORDER** |
| LORI BAUER, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDREW WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF VALLEJO, A MUNICIPAL CORPORATION, et al.,<br><br>  Defendants. | Case No. 2:06-CV-00549 MCE-DAD |

In light of the Stipulation to Dismiss With Prejudice the Entire Action As to Defendant Taser International, Inc. (Case No. 2:05-CV-00881, Doc. # 86), examination of the above-entitled

actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:06-CV-00549 MCE-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:06-CV-00549-JAM-DAD. Defendants' request that the Court sua sponte consolidate these actions (Doc. # 81) is DENIED, but the parties may stipulate to consolidation.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: March 21, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge