JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants (both cases)

ANDREW C. SCHWARTZ (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff
ANDREW WASHINGTON, JR., a minor

JOHN L. BURRIS, Esq. (State Bar # 69888)
BENJAMIN NISENBAUM, Esq. (State Bar #222173)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiff
LORI BAUER

John C. Burton (State Bar No. 86029)
LAW OFFICES OF JOHN BURTON
Law 65 North Raymond Avenue, Suite 300
Pasadena, CA 91103
Telephone:   (626) 449-8300
Facsimile    (626) 449-4417

Attorneys for Plaintiff
ANDREW WASHINGTON, JR., a minor

Mark E. Merin (State Bar No. 043849)
LAW OFFICES OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, CA 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiff
ANDREW WASHINGTON, JR., a minor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WASHINGTON, JR., A MINOR, INDIVIDUALLY IN HIS PERSONAL CAPACITY AND AS SUCCESSOR IN INTEREST OF DECEDENT ANDREW WASHINGTON, SR., BY AND THROUGH HIS GUARDIAN AD LITEM, ALEJANDRA RAYA,<br><br>　　　　　Plaintiff,<br><br>　　vs. | Case No. 05-CV-00881 JAM-DAD<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULED DATES IN CONSOLIDATED CASES** |

TASER INTERNATIONAL, INC.; CITY OF VALLEJO; et al., ,

    Defendants.

---

LORI BAUER, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDREW WASHINGTON,

    Plaintiff,

  vs.

CITY OF VALLEJO, A MUNICIPAL CORPORATION, et al.,

    Defendants.

Case No. 06-CV-00549 JAM-DAD

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

  WHEREAS these two cases are now consolidated for all purposes in front of Your Honor via Stipulation and Order, e-filed April 2, 2013 (Document 89).

  WHEREAS lead counsel for all parties recently met and conferred to discuss the schedule currently in effect in this matter, a schedule issued in the Washington case, filed as the STATUS (Pre-trial Scheduling) ORDER, e-filed October 12, 2012 (Document 74).

  WHEREAS the parties have agreed to modify the currently set schedule, including the trial date, with approval from the Court, based upon good cause due to the fact that there is now a new Plaintiff involved in this Washington case (Ms. Bauer), the Vallejo Defendants did not have the opportunity to conduct any substantive discovery in the Washington matter due to the prior stay (from the Bankruptcy) and the fact that they were brought into the Washington case late in the litigation; the topography of this case has changed now that original Defendant in the Washington case, Taser International, Inc., has now been dismissed with prejudice; in addition, the law regarding the use of tasers has changed significantly since this incident in 2004. Based upon these and other issues, the parties seek to modify the currently scheduled dates in this case as follows:

STIPULATION AND ORDER TO MODIFY SCHEDULED DATES IN CONSOLIDATED CASES - 05-CV-00881 JAM-DAD AND 06-CV-00549 JAM-DAD

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Initial/Suppl. Disclosures | No outstanding deadline | July 12, 2013 |
| Expert Witness Disclosure | May 3, 2013 | December 2, 2013 |
| Supplemental/Rebuttal Disclosure | June 7, 2013 | January 6, 2014 |
| Joint Mid-Litigation Statement Due (14 days prior to disc. close) | July 5, 2013 | March 14, 2014 |
| All Discovery Closes | July 19, 2013 | March 28, 2014 |
| Deadline to file MSJ | August 28, 2013 | April 23, 2014 |
| Hearing on MSJ | September 25, 2013 | May 28, 2014 |
| Final Pretrial Conference | November 8, 2013 | July 18, 2014 |
| Trial | February 3, 2014 | August 11, 2014 |

WHEREAS the parties are in the process of attempting to schedule a mediation in these consolidated cases to occur in late June of 2013.

WHEREAS the parties agree that good cause is present to modify the currently set deadlines per the above table.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED: May _1___, 2013    CASPER, MEADOWS, SCHWARTZ & COOK

By:___/s/ Schwartz, Andrew_____ ____
   ANDREW C. SCHWARTZ
   JOHN C. BURTON
   MARK E. MERIN
   Attorneys for Plaintiff
   ANDREW WASHINGTON, JR.

Dated: May _1__, 2013    LAW OFFICES OF JOHN L. BURRIS

By:___/s/ Nisenbaum, Benjamin_____
   John L. Burris, Esq.
   Benjamin Nisenbaum, Esq.
   Attorneys for Plaintiff Lori Bauer

Dated: May _1__, 2013    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Blechman, Noah_____
   James V. Fitzgerald, III
   Noah G. Blechman
   Petra Bruggisser
   Attorneys for Defendants (both cases)

STIPULATION AND ORDER TO MODIFY SCHEDULED DATES IN CONSOLIDATED CASES - 05-CV-00881 JAM-DAD AND 06-CV-00549 JAM-DAD

3

**ORDER (as modified by the Court)**

Good cause having been shown by the parties, the Court hereby orders that the currently set deadlines issued in the <u>Washington</u> case are hereby modified as follows in these consolidated cases:

| Description | Current Deadline | New Deadline |
|---|---|---|
| Initial/Suppl. Disclosures | No outstanding deadline | **July 12, 2013** |
| Expert Witness Disclosure | May 3, 2013 | **December 2, 2013** |
| Supplemental/Rebuttal Disclosure | June 7, 2013 | **January 6, 2014** |
| Joint Mid-Litigation Statement Due (14 days prior to disc. close) | July 5, 2013 | **March 14, 2014** |
| All Discovery Closes | July 19, 2013 | **March 28, 2014** |
| Deadline to file MSJ | August 28, 2013 | **May 7, 2014** |
| Hearing on MSJ | September 25, 2013 | **June 4, 2014 at 9:30 a.m.** |
| Final Pretrial Conference | November 8, 2013 | **July 18, 2014 at 11:00 a.m.** |
| Trial | February 3, 2014 | **Sept. 8, 2014 at 9:00 a.m.** |

All deadlines and other requirements indicated in the STATUS (Pre-trial Scheduling) ORDER, e-filed October 12, 2012 (Document 74), remain in effect, based upon these newly issued dates and deadlines.

**IT IS SO ORDERED.**

Dated:  May 1, 2013

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330