| | |
|---|---|
| Andrew C. Schwartz, Esq. (CA SBN 064578)<br>**CASPER, MEADOWS, SCHWARTZ & COOK**<br>California Plaza<br>2121 North California Blvd., Suite 1020<br>Walnut Creek, CA 94596<br>Tel: (925) 947-1147<br>Fax: (925) 947-1131<br>*Attorneys for Plaintiff WASHINGTON* | John L. Burris, Esq. (CA SBN 69888)<br>Benjamin Nisenbaum, Esq. (CA SBN 222173)<br>**LAW OFFICES OF JOHN L. BURRIS**<br>7677 Oakport Street, Ste. 1120<br>Oakland, CA 94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>*Attorneys for Plaintiff BAUER* |
| John C. Burton, Esq. (CA SBN 86029)<br>**LAW OFFICES OF JOHN BURTON**<br>4 East Holly St., Ste. 201<br>Pasadena, CA 91103<br>Tel: (626) 449-8300<br>Fax: (626) 449-4417<br>*Attorneys for Plaintiff WASHINGTON* | James F. Fitzgerald, Esq. (CA SBN 55632)<br>Noah G. Blechman, Esq. (CA SBN 197167)<br>**MCNAMARA, NEY, BEATTY SLATTERY, BORGES & AMBACHER LLP**<br>1211 Newell Avenue<br>Walnut Creek, CA 94596<br>Tel: (925) 939-5330<br>Fax: (925) 939-0203<br>*Attorneys for DEFENDANTS (both cases)* |
| Mark E. Merin, Esq. (CA SBN 043849)<br>**LAW OFFICES OF MARK E. MERIN**<br>1010 F Street, Suite 300<br>Sacramento, CA 95814<br>Tel: (916) 443-6911<br>Fax: (916) 447-8336<br>*Attorneys for Plaintiff WASHINGTON* | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WASHINGTON, JR., a minor, by and through his Guardian ad Litem, Alejandra Raya<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, et al.,<br><br>        Defendants. | Case No. **2:05-CV-00881 JAM GGH**<br><br>**STIPULATION & ORDER FOR DISMISSAL** |
| LORI BAUER, individually and as Personal Representative of the Estate of Andrew Washington,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, et al.<br><br>        Defendants. | Case No. **2:06-CV-00549 JAM-DAD** |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Washington vs. Taser International, Inc.,*
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CONSOLIDATED CASES

Page 1

TO THE HONORABLE JOHN MENDEZ OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that pursuant to the terms of the settlement reached between the parties, this action shall be voluntarily dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:


Dated: February 24, 2014         */s/* - "Andrew C. Schwartz"
Andrew C. Schwartz, Esq.
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff WASHINGTON


Dated: February 24, 2014         */s/* - "Benjamin Nisenbaum"
Benjamin Nisenbaum, Esq.
**LAW OFFICES OF JOHN L. BURRIS**
Attorneys for Plaintiff BAUER


Dated: February 24, 2014         */s/* - "Noah Blechman"
Noah Blechman, Esq.
**MCNAMARA, NEY, BEATTY, ET AL.**
Attorneys for Defendants CITY OF VALLEJO


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 2/24/2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Washington vs. Taser International, Inc.*,    Page 2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CONSOLIDATED CASES